# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00209-CV

**Alex E. Jones and Free Speech Systems, LLC, Appellants**

**v.**

**Neil Heslin and Scarlett Lewis, Appellees**

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-001835, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed status report on this appeal, requesting that we continue to abate this appeal so that they can continue to focus on resolving issues in the bankruptcy court that could obviate further proceedings in this cause. We grant the motion and extend the abatement of the appeal. *Cf.* Tex. R. App. P. 2, 42.1(a)(2)(c). The parties shall submit a status report or a motion to dismiss on or before December 16, 2024. The appeal will remain abated until further order of this Court.

Before Chief Justice Byrne, Justices Smith and Theofanis

Abated

Filed: September 19, 2024